**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

**IN RE: COOK MEDICAL, INC. IVC
FILTERS MARKETING, SALES
PRACTICES AND PRODUCTS LIABLITY
LITIGATION**

**Case: 1:14-ml-2570-RLY-TAB
MDL No.: 2570**

This Document Relates to:

**JAVONNE JOHNSON, Plaintiff,
Civil Action No.: 1:18-cv-02506-RLY-TAB**

<u>**STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Javonne Johnson and

Defendants Cook Medical, LLC, Cook Incorporated and William Cook Europe APS, (collectively

"Cook"), jointly stipulate to the dismissal of this action in its entirety, with prejudice. Each party

is to bear its own attorneys' fees and costs.

Dated: August 8, 2025

Respectfully submitted,

*/s/ Samuel M. Wendt*

Samuel M. Wendt, Esq.
**WENDT LAW FIRM, P.C.**
4717 Grand Avenue, Suite 130
Kansas City, Missouri 64112
Telephone: (816) 531-4415
Facsimile: (816) 531-2507
Email: sam@wendtlaw.com

*Attorney for Plaintiff*

*/s/Andrea Roberts Pierson*

Andrea Roberts Pierson
Kip S.M. McDonald
**FAEGRE DRINKER BIDDLE & REATH LLP**
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Fax: 317-237-1000
Email: andrea.pierson@faegredrinker.com

*Attorney for Defendants*